IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| EDDIE JONES, | ) | No. 13-30046 |
| | ) | |
| Defendant. | ) | |

## ORDER

On June 19, 2013, a two-count Indictment was filed against Defendant Eddie Jones.  Count 1 alleges that Defendant knowingly and intentionally possessed with the intent to distribute, 28 grams or more of mixtures or substances containing a detectable amount of crack cocaine. See Indictment, d/e 8 at 1.   In Count 2, Defendant is charged with knowingly and intentionally distributing a mixture or substance containing a detectable amount of crack cocaine to another person.  See id. at 2.

Defendant filed a Motion to Stop, to Suppress Search of the Car, and to Suppress the Arrest of Eddie Jones on October 9, 2013.  d/e 20.

After holding a hearing on the Motion, Judge Cudmore filed a Report & Recommendation on November 12, 2013, in which he recommended that Defendant's Motion to Suppress be denied. <u>See</u> d/e 25.

Defendant filed a pro se objection to the Report & Recommendation on November 22, 2013. <u>See</u> d/e 27. However, because Defendant is represented by counsel, the Court found that Defendant's Motion constituted hybrid representation and struck the Motion. <u>See</u> Text Order of November 25, 2013 ("Hybrid representation is not only 'disfavored;' it is 'forbidden.'" <u>United States v. Oakey</u>, 853 F.2d 551, 553 (7th Cir. 1988); <u>United States v. Oreye</u>, 263 F.3d 669, 672 (7th Cir. 2001)); <u>see also</u> <u>Cain v. Peters</u>, 972 F.2d 748 (7th Cir. 1992)("[T]here is not right to hybrid representation."). The Court has not received any other objections to the Report & Recommendation from the parties within 14 days from the date of its service, in accordance with 28 U.S.C. § 636(b)(1)(C).

This Court has reviewed Judge Cudmore's Report & Recommendation, the underlying papers, and the applicable law. Upon due consideration, this Court finds no legal or factual error in Judge

Cudmore's Report & Recommendation and will accept the recommendation in its entirety.

IT HEREBY IS ORDERED, that this Court accepts Judge Cudmore's Report & Recommendation (d/e 25) , including the authorities cited and the reasons given therein. Accordingly, Defendant's Motion to Suppress (d/e 20) is DENIED.

ENTERED: December 2, 2013

FOR THE COURT:

s/ Sue E. Myerscough
_____
SUE E. MYERSCOUGH
UNITED STATES DISTRICT JUDGE
